UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON WARD, | No. 2:17-cv-0734 MCE DB PS |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL RAILROAD CORPORATION, | |
| Defendant. | |

This action came before the undersigned on July 7, 2017, for hearing of defendant's motion to dismiss.[1] (ECF Nos. 5 & 8.) Plaintiff Elton Ward appeared on his own behalf. There was, however, no appearance on behalf of the defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall show cause in writing within fourteen days of the date of this order as to why defendant should not be sanctioned for failing to appear at the July 7, 2017 hearing of defendant's motion; and

////

////

---

[1] Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

2. The July 7, 2017 hearing of defendant's motion to dismiss (ECF No. 5) is continued to **Friday, August 4, 2017, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

Dated: July 7, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ward0734.osc